UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                        Petitioner,          No. MC15-5008-BHS/KLS

            v.
                                            ORDER OF ENFORCEMENT
MARK J. NIELSEN,                            OF SUMMONS

                        Respondent.

_____

    WHEREAS, the Court having issued an Order of Reference and Directing the

respondent to Show Cause why the Internal Revenue Service summonses served in this case

should not be enforced, and the respondent having been served with such Order, and

    WHEREAS, no cause having been shown as to why the respondent should not be

compelled to testify and produce the records demanded in the Internal Revenue Service

summons served on the respondent on July 10, 2014,

    WHEREFORE, IT IS ORDERED that the respondent shall appear before

investigating Revenue Officer Roseburg, or any other proper agent, officer, or employee of

ORDER OF ENFORCEMENT - 1
(MC15-5008)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Internal Revenue Service, not later than twenty (20) workdays following the entry of this Order to testify and produce records as demanded in such summons.

IT IS FURTHER ORDERED that if the respondent fails to comply with this Order, the respondent can be held in contempt of Court and be subject to imprisonment, fine or both.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this ORDER by certified mail and first-class mail to the respondent, 1120 22nd Street Pl. NW, Puyallup, Washington 98371-3911, to the United States Attorney, and to the United States Magistrate Judge to whom this matter is assigned.

DATED this 24th day of March, 2015.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

ORDER OF ENFORCEMENT - 2
(MC15-5008)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970