1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                              Petitioner,

        v.

MARK J. NIELSEN,

                              Respondent.

No.  MC15-5008-BHS/KLS

ORDER REQUIRING RESPONDENT
TO SHOW CAUSE REGARDING
CONTEMPT OF COURT

Upon petition of the United States, and good cause appearing, now therefore,

IT IS HEREBY ORDERED that the respondent, Mark J. Neilsen, shall appear before

this Court at the United States Courthouse, 1717 Pacific Avenue, **Courtroom F,** Tacoma,

Washington, on **Friday, July 17, 2015 at 10:00 a.m.**, and show cause, if any he has, why he

should  not be held in contempt of this Court for failure to appear, testify, and produce

books, papers, records, and other data, as directed in the Order of Enforcement of Summons

entered in this case on March 24, 2015.

ORDER REQUIRING RESPONDENT TO SHOW
CAUSE REGARDING CONTEMPT OF COURT - 1
(MC15-5008-BHS/KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    **RESPONDENT, MARK J. NIELSEN, IS HEREBY NOTIFIED THAT IF HE**

2

3    **FAILS TO APPEAR AND SHOW CAUSE, AS HEREIN DIRECTED, A BENCH**

4    **WARRANT SHALL BE ISSUED FOR HIS ARREST FOR CONTEMPT OF COURT**.

5      The United States Marshal shall serve a copy of the Petition for Order to Show Cause

6    Regarding Contempt of Court and this Order to Show Cause Regarding Contempt of Court

7

8    upon the respondent, Mark J. Nielsen, and file with the Clerk an appropriate return.

9      DATED this 9th day of June, 2015.

10

11                         Karen L. Strombom

12                         United States Magistrate Judge

13

14   Presented by:

15

16

17   /s/ *Kyle A. Forsyth*
    KYLE A. FORSYTH, WSBA #34609

18   Assistant United States Attorney
    United States Attorney

19

20

21

22

23

24

25

26

27

28

ORDER REQUIRING RESPONDENT TO SHOW
CAUSE REGARDING CONTEMPT OF COURT - 2
(MC15-5008-BHS/KLS)