1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Petitioner,

v.

MARK J. NIELSEN,

Respondent.

No.  MC15-5008-BHS/KLS

ORDER REQUIRING RESPONDENT
TO SHOW CAUSE REGARDING
CONTEMPT OF COURT

Upon petition of the United States, and good cause appearing, now therefore,

IT IS HEREBY ORDERED that the respondent, Mark J. Nielsen, shall appear before

this Court at the United States Courthouse, 1717 Pacific Avenue, **Courtroom F,** Tacoma,

Washington, on **Friday, September 11, 2015 at 10:00 a.m.**, and show cause, if he has any,

why he should not be held in contempt of this Court for failure to appear, testify, and

produce books, papers, records, and other data, as directed in the Order of Enforcement of

Summons entered in this case on March 24, 2015.

ORDER REQUIRING RESPONDENT TO SHOW
CAUSE REGARDING CONTEMPT OF COURT - 1
(MC15-5008-BHS/KLS)

1    **RESPONDENT, MARK J. NIELSEN, IS HEREBY NOTIFIED THAT IF HE**

2    **FAILS TO APPEAR AND SHOW CAUSE, AS HEREIN DIRECTED, A BENCH**

3

4    **WARRANT SHALL BE ISSUED FOR HIS ARREST FOR CONTEMPT OF COURT**.

5        The United States Marshal shall serve a copy of the Petition for Order to Show Cause

6    Regarding Contempt of Court and this Order to Show Cause Regarding Contempt of Court

7

8    upon the respondent, Mark J. Nielsen, in the manner required for service of an Internal

9    Revenue Service Summons under 26 U.S.C. § 7603(a), and file with the Clerk an appropriate

10   return.

11
        DATED this 4th day of August, 2015.
12

13

14                                                      Karen L. Strombom
                                                        United States Magistrate Judge
15

16   Presented by:

17

18

19   /s/ *Kyle A. Forsyth*
     KYLE A. FORSYTH, WSBA #34609
20   Assistant United States Attorney

21

22

23

24

25

26

27

28

ORDER REQUIRING RESPONDENT TO SHOW
CAUSE REGARDING CONTEMPT OF COURT - 2
(MC15-5008-BHS/KLS)

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970