UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>MARK J. NIELSEN,<br><br>                        Defendant. | No.  15-mc-5008-BHS/KLS<br><br>REPORT AND RECOMMENDATION REGARDING WITHDRAWAL OF PETITION TO ENFORCE SUMMONS |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).  The Petitioner filed a notice of withdrawal of its Petition to Enforce Internal Revenue Service Summons (ECF 17) and requested the court enter an order dismissing this matter.

After reviewing the notice of withdrawal, the undersigned recommends that the Court enter the petitioner's proposed order granting the request of the United States of America to withdraw its petition and that the case be dismissed.

DATED this 5th day of November, 2015.

                                                Karen L. Strombom
                                                United States Magistrate Judge