UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Petitioner,<br><br>   v.<br><br>MARK J. NIELSEN,<br><br>            Respondent. | No.  MC15-5008-BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summonses; and the Report and Recommendation of the Honorable Karen L. Strombom, it is hereby

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summonses is GRANTED and the above-captioned action is DISMISSED.

DATED this 4th day of November, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONSES - 1
(MC15-5008-BHS-KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

ANNETTE L. HAYES
United States Attorney


 /s/ *Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  (206) 553-7970
Fax:  (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONSES - 2
(MC15-5008-BHS-KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970